**No. 46896.**—Protest 3674–K of Gershgorn & Co., Inc. (Los Angeles).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that so-called watch bracelets are the same in all material respects as those the subject of *Gershgorn* v. *United States* (6 Cust. Ct. 72, C. D. 429), except that they are prepared for the setting of precious or semiprecious stones, and in view of T. D.

48093, the watch bracelets in question were held dutiable at 40 cents each and 30 percent ad valorem under paragraph 367 (f) (3) as claimed.